# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2222
Lower Tribunal No. 22-9780

_____

**Buritirama Mineracao S.A., etc., et al.,**
Appellants,

vs.

**Banco Santander (Brasil) S.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan S. Fine, Judge.

Scale Law Partners, and Jaime D. Guttman, for appellants.

Sequor Law, P.A., and Nyana A. Miller, Leidy M. Morejon, and Gregory S. Grossman, for appellee.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed.